# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00636-CV

**Western Hills Athletic Club, Inc., Sang McDonnell, and Whitney Braden, Appellants**

**v.**

**James Dale Bynum, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-000285, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Western Hills Athletic Club, Inc., Sang McDonnell, and Whitney Braden have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Thomas J. Baker, Justice

Before Justices Baker, Kelly, and Smith

Dismissed on Appellants' Motion

Filed: January 13, 2023